■ MURRAY FABRICANT, Respondent, v. HYED REALTY CORP. et al., Defendants, and LILLIAN NADELHAFT, Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Order entered on April 7, 1960, denying defendant-appellant's motion to vacate the order of the Supreme Court, New York County, entered on October 27, 1959, striking out the answer of defendant-appellant and granting summary judgment in favor of the plaintiff, unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Order entered on April 7, 1960, directing a reference to compute the amount due on plaintiff's bond and mortgage, unanimously affirmed, with

$10 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.